**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

    Plaintiff,       Case No. 3:12-MJ-238

    -vs-

               Magistrate Judge Michael J. Newman

JANINE A. ADAMS,

    Defendant.

---

## ORDER REGARDING DEFENDANT'S DETENTION

---

   Via other Orders issued from this Court today, Defendant is being detained in the Butler County, Ohio Jail pending her transfer to the District of Columbia to answer a bench warrant.

   In a hearing today, Defendant and her counsel advised the Court that she suffers from a skin condition and also a respiratory condition, and that she has been denied access to her medication or was without her medication at the time of her arrest. If such medication is in possession of Butler County Jail officials, Defendant shall be given access to such mediation immediately. If she was not in possession of such mediation at the time of her arrest, and such medication can be brought by a friend or relative to her, officials at the Butler County Jail shall make all reasonable and appropriate efforts to give such medication to Defendant immediately. If her skin or respiratory conditions merit prompt and/or immediate medical care, such case shall be afforded to Defendant by jail officials.

   A copy of this Order shall be provided to Defendant and her counsel as well as to counsel for the United States.

July 5, 2012            s/Michael J. Newman

United States Magistrate Judge